U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 16 2005

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Chad W. Carr**

### ORDER

This matter comes before the court in reference to the Show Cause Hearing held this date in reference to the above-cited juror's failure to report for jury duty.

Accordingly,

1.  Chad W. Carr is directed to pay a fine of $100.00 to the Clerk, United States District Court. The fine shall be paid in increments of twenty-five dollars ($25.00) per month, beginning May 2005, and each month following until the total fine of one hundred dollars ($100.00) has been paid. The first payment is due on or before May 31, 2005. The subsequent payments are to be paid during the months of June, July and August of 2005, without exception. The payments are due on or before the last day of the month; June 30, 2005, July 31, 2005, and August 31, 2005.

2.  Effective today, Chad W. Carr is permanently excused from Grand Jury service.

3.  <u>Failure on the part of Chad W. Carr to comply with this order will result in an immediate issuance of a bench warrant for arrest for contempt of court without notice.</u>

SO ORDERED.

May 16, 2005

*James R. Muirhead*
James R. Muirhead
United States Magistrate Judge

cc: Chad W. Carr